**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CLIO HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10080 (BLS)<br>(Jointly Administered) |
| ALFRED T. GIULIANO, Chapter 7 Trustee of Clio Holdings, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROS., INC.,<br><br>Defendant. | Adv. Proc. No. 21-51019 (BLS) |

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and defendant, that the above-captioned adversary proceeding be dismissed with prejudice, with all parties to bear their own costs and fees. An answer has been filed.

[1] The Debtors in these Chapter 7 cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: Clio Holdings, LLC (7850); Clio Intermediate, LLC (2791); Top Master Acquisition, LLC (2670); Granite Source Acquisition, LLC (1334); Solid Surfaces, Inc. (7057); USM Acquisition, LLC (8119); Premier Surfaces Acquisition, LLC (4563).

Dated: November 30, 2022

**ASHBY & GEDDES, P.A.**

*/s/ Stacy L. Newman*
Don A. Beskrone ( DE Bar No. 4380)
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
Email: dbeskrone@ashbygeddes.com
snewman@ashbygeddes.com

*Special Litigation Counsel to the Chapter 7 Trustee*

**DILWORTH PAXSON LLP**

*/s/ Peter C. Hughes*
Peter C. Hughes (DE Bar No. 4180)
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
Tel: (302) 571-9800
Email: phughes@dilworthlaw.com

-and-

Jennifer L. Maleski
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7000
Email: jmaleski@dilworthlaw.com

*Counsel to Toll Bros., Inc.*